UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRISCILLA F. SMITH,

        Plaintiff,

v.                                                  CASE No. 8:14-cv-0012-T-23MAP

STATE OF FLORIDA, et al.,

        Defendants.
_____/

## REPORT AND RECOMMENDATION

      Before the Court is *pro se* Plaintiff's motion to appoint counsel (doc. 9) and amended motion to proceed *in forma pauperis* (doc. 10). I denied Plaintiff's first motion to proceed *in forma pauperis* because her complaint failed to state a claim on which relief can be granted and appeared patently frivolous, among other reasons (*see* doc. 6). I directed Plaintiff to file an amended complaint within 14 days. Rather than file an amended complaint, Plaintiff has filed an amended *in forma pauperis* request and a request for court-appointed counsel.

      The appointment of counsel in civil cases is warranted in "exceptional circumstances" only, and whether such circumstances exist is committed to the district court's discretion. *Steele v. Shah,* 87 F.3d 1266, 1271 (11th Cir. 1996). The test is whether the facts and legal issues are so novel or complex as to require an attorney to present them. *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993). This case does not present such exceptional circumstances. The facts and legal claims appear to be fairly straightforward, simply frivolous. Plaintiff's primary allegations in her complaint seem to be that she is not guilty of the crimes for which she was convicted – issues she can take up on appeal in her criminal case. I recommend that Plaintiff's motion for court-

appointed counsel be denied.

Next, even construing Plaintiff's amended *in forma pauperis* motion as an amended complaint, Plaintiff still fails to state a claim. Although Plaintiff's allegations are incredibly disjointed, Plaintiff also seems to allege that certain unnamed state officials violated her civil rights and committed prosecutorial misconduct, judicial misconduct, and fraud on the court. But Plaintiff merely labels the conduct of the public officials as unconstitutional. She does not provide the Court with enough information, even assuming all of the allegations are true, to evaluate her right to relief. Thus, after consideration, it is

RECOMMENDED:

1. Plaintiff's amended motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (doc. 10) be DENIED;

2. Plaintiff's request for court-appointed counsel (doc. 9) be DENIED; and

3. Plaintiff's case be dismissed.

DONE AND ORDERED at Tampa, Florida on February 3, 2014.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE