UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRISCILLA F. SMITH,

    Plaintiff,

v.                                CASE NO.: 8:14-cv-12-T-23MAP

STATE OF FLORIDA,

    Defendant.
_____/

**ORDER**

On February 3, 2014, Magistrate Judge Mark A. Pizzo issued a report (Doc. 11) that recommends the denial of the plaintiff's amended motion to proceed *in forma pauperis* (Doc. 10), the denial of the plaintiff's motion to appoint counsel (Doc. 9), and the dismissal of this action. The plaintiff moves (Doc. 12) for reconsideration, which is construed as an objection to the report and recommendation under 28 U.S.C. § 636(b)(1).

The plaintiff's objection (Doc. 12) is **OVERRULED**, the report and recommendation (Doc. 11) is **ADOPTED**, the plaintiff's motions (Docs. 9 and 10) are **DENIED**, and this action is **DISMISSED**.

The clerk will (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on February 20, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE