UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRISCILLA F. SMITH,

        Plaintiff,

v.                            CASE No. 8:14-cv-0012-T-23MAP

STATE OF FLORIDA, et al.,

        Defendants.
_____/

## REPORT AND RECOMMENDATION

      Before the Court is *pro se* Plaintiff's motion to appeal *in forma pauperis* (doc. 16). On February 28, 2014, Plaintiff filed a Notice of Appeal (doc. 14), which challenges the Court's order dismissing the case (doc. 13). Notwithstanding her indigent status, Plaintiff has no absolute right to appeal *in forma pauperis*. To the contrary, her ability to appeal without prepayment of fees and costs is conditioned by 28 U.S.C. § 1915(a)(3), which provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." *Id.; see also Busch v. County of Volusia,* 189 F.R.D. 687, 691 (M.D.Fla. 1999). An appeal that is plainly frivolous is not taken in good faith. *See United States v. Youngblood,* 116 F.3d 1113, 1115 (5th Cir. 1997). *See generally Napier v. Preslicka,* 314 F.3d 528, 531 (11th Cir. 2002) (action is frivolous for § 1915 purposes if it is without arguable merit either in law or in fact); *Bilal v. Driver,* 251 F.3d 1346, 1349 (11th Cir. 2001) (same); *Carroll v. Gross,* 984 F.2d 392, 393 (11th Cir. 1993) (case is frivolous for IFP purposes if, at any stage of the proceedings, it appears the plaintiff "has little or no chance of success").

      Plaintiff has failed to identify any colorable basis for appeal or for concluding that the

Court's order dismissing the case was in error. Instead, she alleges the Court dismissed her case without explanation because she is black (doc. 14). She does not include any further argument or legal basis for her appeal. The Court's dismissal order (doc. 13) as well as my January 6, 2014 Order (doc. 6) and February 3, 2014 Report and Recommendation (doc. 11) contain the Court's reasoning. Accordingly, this Court concludes that the instant appeal is not taken in good faith, that it is plainly frivolous, and that Plaintiff has little or no chance of success. She is therefore ineligible for *in forma pauperis* status pursuant to 28 U.S.C. § 1915(a)(3). It is therefore

RECOMMENDED:

1. that Plaintiff's Motion for Leave to Proceed on Appeal *in Forma Pauperis* (doc. 16) be **DENIED**.

IT IS SO REPORTED at Tampa, Florida on March 26, 2014.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attaching the factual findings on appeal. 28 U.S.C. § 636(b)(1).