UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRISCILLA F. SMITH,

    Plaintiff,

v.                                            CASE NO.: 8:14-cv-12-T-23MAP

STATE OF FLORIDA,

    Defendant.
_____/

**ORDER**

The Magistrate Judge recommends (Doc. 17) denial of the *pro se* plaintiff's motion to proceed *in forma pauperis* on appeal. The plaintiff lodges no objection. The Magistrate Judge's report and recommendation (Doc. 17) is **ADOPTED**. Accordingly, the plaintiff's motion (Doc. 16) to proceed *in forma pauperis* on appeal is **DENIED**. The plaintiff must pay the full appellate filing fee without installments unless the circuit court permits the plaintiff to proceed *in forma pauperis*.

ORDERED in Tampa, Florida, on April 15, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE